IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FREDY FUNES § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | |
| § | |
| § | CIVIL ACTION NO. 5:13-CV-236 OLG |
| JSK, L.C., JONATHAN KELLER, § | |
| NATHAN KELLER, and § | |
| KELLER PROPERTY COMPANY § | |
| d/b/a UTAH KELLER PROPERTY § | |
| COMPANY § | |
| § | |
| Defendants. § | |

### PLAINTIFF'S ADVISORY TO THE COURT: PLAINTIFF'S COUNSEL VACATION NOTICE

TO THE HONORABLE JUDGE GARCIA:

Please accept this advisory as official notification that counsel for Plaintiff Fredy Funes will be out of the office on vacation and unavailable for matters related to the this case, such as hearings and depositions, the following dates:

- June 20, 2013 – July 1, 2013
- August 19, 2013 – September 3, 2013

Plaintiff respectfully requests that no hearings, depositions, or other matters be scheduled during this time.

RESPECTFULLY SUBMITTED,

*/s/ Claire Rodriguez*
Claire Rodriguez

*Plaintiff's Advisory to the Court* | 1

        Texas Bar No. 24071420
        EQUAL JUSTICE CENTER
        6609 Blanco Rd., Suite 260
        San Antonio, TX  78216
        Telephone: (210) 308-6222, ext. 105
        Facsimile: (210) 308-6223

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Claire Rodriguez, hereby certify that on this 13th day of June, 2013, a true and correct copy of the foregoing document was served on each party by my submission of the document to the U.S. District Court through the Court's ECF system:

    Ms. Lilia Marek
    Rougeux & Associates, PLLC
    595 S. Castell Ave.
    New Braunfels, Texas 78130
    lmarek@rougeuxpllc.com

        */s/ Claire Rodriguez*
        Claire Rodriguez